A separate order will enter accordingly.

WHEATLAND TUBE COMPANY and ALLIED TUBE & CONDUIT CORPORATION, Plaintiffs, v. UNITED STATES, Defendant, and SAHA THAI STEEL PIPE COMPANY, LTD., Defendant-Intervenor.

Court No. 04–00568

October 24, 2007

*Schagrin Associates* (*Roger B. Schagrin, Brian E. McGill,* and *Michael James Brown*), Washington, D.C., for Plaintiffs.

*Peter D. Keisler*, Assistant Attorney General, *David M. Cohen*, Director, *Jeanne E. Davidson*, Deputy Director, *Patricia M. McCarthy*, Assistant Director, Civil Division, Commercial Litigation Branch, U.S. Department of Justice (*David S. Silverbrand*); *Jonathan Zielinski*, U.S. Department of Commerce, of Counsel, for Defendant.

*O'Melveny & Myers LLP* (*Greyson L. Bryan, George C. Karamanos,* and *David Mortlock*), Washington, D.C., for Defendant-Intervenor.

## *JUDGMENT*

CARMAN, Judge: Pursuant to the holding of the Court of Appeals for the Federal Circuit in *Wheatland Tube Co. v. United States*, slip op. 2006–1524, –1525 (Fed. Cir. July 25, 2007), it is hereby;

ORDERED that the Department of Commerce's determination in *Certain Welded Carbon Steel Pipes and Tubes from Thailand*, 69 Fed. Reg. 61,649 (Dep't Commerce Oct. 20, 2004) (final results of antidumping duty administrative review) is affirmed in its entirety; and it is further

ORDERED that this case is dismissed.

SO ORDERED.